IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:06-MC-0018-GEB-DAD |
| ) | (2:03CR0344) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| GAIL S. JONES, ) | ORDER OF GARNISHMENT |
| ) | (ACCOUNTS) |
| Defendant and ) | |
| Judgment Debtor. ) | |
| _____) | |
| ) | |
| CALIFORNIA STATE EMPLOYEES ) | |
| ASSOCIATION, ) | |
| ) | |
| Garnishee. ) | |
| _____) | |

A Writ of Garnishment (Account), directed to the Garnishee California State Employees Association, has been duly issued and served upon the Garnishee. The Garnishee filed an Answer of Garnishee stating that at the time of service of the Writ, the Garnishee has custody or possession of the following property (non-earnings), in which the Judgment Debtor maintains an interest, as described below:

  1. Retirement Contribution Account for a total amount of
     $41,000.00.

1

2. February and March 2006 checks for the total amount of $1,600.00.

The balance owing by the Judgment Debtor on the judgment is $680,747.90 as shown in the Application For Writ of Garnishment (Account) filed herein.

The Judgment Debtor was served by the Garnishee with the Answer of Garnishee, and has not filed a written objection or requested a hearing within 20 days, as set forth in 28 U.S.C. § 3205(c)(5).  The Judgment Debtor has not requested a hearing on a claim of exemption, as set forth in 28 U.S.C. § 3014(b)(2).

Pursuant to 28 U.S.C. § 3205(c)(7), after the Garnishee files an Answer, and if no hearing is requested within the required time period, the court shall promptly enter an order directing the Garnishee as to the disposition of the Judgment Debtor's (non-earnings) property.

ACCORDINGLY, IT IS ORDERED that the Garnishee California State Employees Association shall turn over to Plaintiff United States of America the total amount of $42,600.00.

DATED: April 10, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/jones0018.ord