IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br>    v.<br>GAIL S. JONES,<br>  Defendant and<br>  Judgment Debtor.<br>_____<br>BANK OF AMERICA,<br>  Garnishee.<br>_____ | 2:06-MC-018-GEB-DAD<br>(2:03CR00344)<br><br>ORDER OF GARNISHMENT<br>(ACCOUNTS) |

  A Writ of Garnishment (Account), directed to the Garnishee Bank of America, has been duly issued and served upon the Garnishee.  The Garnishee filed an Answer of Garnishee stating that at the time of service of the Writ, the Garnishee has custody or possession of the following property (non-earnings), in which the Judgment Debtor maintains an interest, as described below:

   1. Bank account number 16664-06249 with a total amount of
      $18,716.48.

1

1  The balance owing by the Judgment Debtor on the judgment is
2  $680,747.90 as shown in the Application For Writ of Garnishment
3  (Account) filed herein.
4  The Judgment Debtor was served by the Garnishee with the
5  Answer of Garnishee, and has not filed a written objection or
6  requested a hearing within 20 days, as set forth in 28 U.S.C.
7  § 3205(c)(5).  The Judgment Debtor has not requested a hearing on
8  a claim of exemption, as set forth in 28 U.S.C. § 3014(b)(2).
9  Pursuant to 28 U.S.C. § 3205(c)(7), after the Garnishee files
10 an Answer, and if no hearing is requested within the required
11 time period, the court shall promptly enter an order directing
12 the Garnishee as to the disposition of the Judgment Debtor's
13 (non-earnings) property.
14 ACCORDINGLY, IT IS ORDERED that the Bank of America shall turn
15 over to Plaintiff United States of America the total amount of
16 $18,716.48.
17 DATED: April 28, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/jones0018.ordgarnish

2